UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DANIEL CREGER,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| **v.** | )   No. 3:21-cv-00088 |
| | ) |
| **ANDREW TUCKER and TOWN OF** | ) |
| **SMYRNA, TENNESSEE,** | ) |
| | ) |
|    **Defendants.** | ) |

## ORDER

    This matter comes before the Court on remand from the United States Court of Appeals for the Sixth Circuit with instructions to enter "an order dismissing the claims against defendants Andrew Tucker and the Town of Smyrna." (Doc. No. 104 at 33). The Sixth Circuit issued its mandate on March 13, 2024 (Doc. Nos. 111, 112), and the United States Supreme Court denied Plaintiff Daniel Creger's petition for a writ of certiorari on June 3, 2024 (Doc. No. 108).

    Accordingly, for the reasons explained in the Sixth Circuit's January 11, 2024 Opinion (Doc. No. 104), the Motion for Summary Judgment filed by Officer Tucker (Doc. No. 78) and the Motion for Summary Judgment filed by the Town of Smyrna (Doc. No. 80) are **GRANTED**, and this case is hereby **DISMISSED WITH PREJUDICE**. This is a final Order. The Clerk shall enter judgment under Federal Rule of Civil Procedure 58 and close the file.

    IT IS SO ORDERED.

                                                              WAVERLY D. CRENSHAW, JR.
                                                             UNITED STATES DISTRICT JUDGE