UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Daniel Creger

        Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 3:21−cv−00088

Andrew Tucker, et al.

        Defendant,

**ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/12/2024 re [113].

Lynda M. Hill
s/ Aubrey Frantz Mattis, Deputy Clerk